In the Matter of the Application of HENRY BUFTON, Respondent.

WILLIAM RANDALL, Appellant.

*Matter of Bufton*, 113 App. Div. 890, affirmed.
(Argued January 8, 1907; decided January 22, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 23, 1906, which affirmed an order of Special Term directing the clerk of the town of Parma to call a special town meeting for the resubmission of questions relating to the sale of liquor in that town.

*George D. Forsyth* for appellant.

*Albert H. Stearns* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.